IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00027–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RANDALL EMMETT ELLIOTT,

    Defendant.

---

**ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **April 21, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>March 6, 2008</u>. All responses shall be filed by <u>March 13, 2008</u>. A hearing on the motions, if necessary, is set for **March 20, 2008**, at 9:30 o'clock a.m. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 2:30 o'clock p.m. on Friday, **April 11, 2008**. The deadline for submitting the plea agreement and statement of facts

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, April 9, 2008.

Dated: February 22, 2008