IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk
Therese Lindblom, Court Reporter

Date: June 19, 2008

Criminal Action No. 08-cr-00027-EWN

*Parties:*

*Counsel:*

UNITED STATES OF AMERICA,

David Conner

    Plaintiff,

v.

1. RANDALL EMMETT ELLIOTT,
    a/k/a Randall Elliott,
    a/k/a Randall E. Elliott,
    a/k/a Randy Elliott,
    a/k/a Randall E. Elliott, Jr.,

Martha Eskesen

    Defendant.

## ARRAIGNMENT MINUTES

**10:41 a.m.**    Court in session.

Court calls case and appearances. Defendant is present in custody.

Defendant is sworn.

Preliminary questioning of Defendant by Court.

Defendant waives reading of Indictment previously executed.

**Defendant pleads GUILTY to Count 1 of the Indictment.**

Court reviews plea agreement with Defendant.

Defendant is informed of possible sentence that could be imposed.

Defendant's constitutional and other rights are explained.

Court explains elements of proof to Defendant.

Statement by Defendant.

Government outlines evidence.

Court's findings.

**ORDERED: 1.** **Court Exhibits 1 and 2 are received for purposes of this hearing.**

**ORDERED: 2.** **Plea of GUILTY is received and Defendant is adjudged guilty of the offense.**

**ORDERED: 3.** **Court defers acceptance of plea agreement until after probation department has prepared a pre-sentence report.**

**ORDERED: 4.** Sentencing is set for September 12, 2008, at 1:30 p.m.

**ORDERED: 5.** Defendant's Motion to Suppress (#12, filed March 21, 2008) is DENIED as moot.

**ORDERED: 6.** Defendant's Motion to Suppress Evidence (#16, filed April 7, 2008) is DENIED as moot.

**ORDERED: 7.** Defendant's Motion to Adopt Docket No. 12 and to Withdraw Docket No. 16 (#29, filed May 9, 2008) is DENIED as moot.

**ORDERED: 8.** Defendant's Motion for Notice of the Government's Intent to Use Rule 404(b) Evidence (#30, filed May 9, 2008) is DENIED as moot.

**ORDERED: 9.** Defendant's Motion for Order to Produce Additional Discovery (#31, filed May 9, 2008) is DENIED as moot.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:07 a.m.**     Court in recess.

Hearing concluded.

Total time: 00:26